IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS, TRUSTEES OF THE PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION AND HOLIDAY PLAN<br><br>Plaintiffs,<br><br>v.<br><br>E.P. JARRETT FOUNDATION COMPANY, INC., a California Corporation,<br><br>Defendant. | No. C 07-01060 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Based upon the foregoing ex parte application for continuance of the case management conference and declaration of Concepción E. Lozano-Batista in support thereof, the Court **CONTINUES** the case management conference to **JUNE 14, 2007, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: May 25, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE