BARRY E. HINKLE, Bar No. 071223
NICOLE M. PHILLIPS, Bar No. 203786
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone (510) 337-1001
Facsimile (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEN WALTERS and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS; TRUSTEES OF THE PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; TRUSTEES OF THE OPERATING ENGINEERS VACATION AND HOLIDAY PLAN,

    Plaintiffs,

v.

E. P. JARRETT FOUNDATION COMPANY, INC., a California Corporation,

    Defendant.

No. C 07-1060 WHA

**STIPULATION FOR DISMISSAL WITH PREJUDICE UPON SETTLEMENT OF CASE AND ORDER THEREON**

/ / /
/ / /
/ / /
/ / /
/ / /

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

EX PARTE CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER (Case No. C 07-1060 WHA)

The undersigned parties, having reached a settlement in the above-referenced case, hereby stipulate and request that the Court so order that the above-entitled matter be dismissed in its entirety with prejudice.

Dated: June 27, 2007.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

_____
CONCEPCION E. LOZANO-BATISTA
Attorney for Plaintiffs

Dated: 6/27/07

PALMER KAZANJIAN WOHL PERKINS

_____
TREAVER K. HODSON
Attorneys for Defendant

112489/461631

Purusant to the foregoing stipulation, it is so ordered. The Clerk shall CLOSE THE FILE.

July 2, 2007

IT IS SO ORDERED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

- 2 -

EX PARTE CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER (Case No. C 07-1060 WHA)